# SEALED

STEVEN W. MYHRE
Acting United States Attorney
CARLA B. HIGGINBOTHAM
Assistant United States Attorney
Nevada State Bar No. 8495
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
Carla.Higginbotham@usdoj.gov

Attorneys for the United States

```
                    FILED        ____ RECEIVED
              ____ ENTERED       ____ SERVED ON
                                 COUNSEL/PARTIES OF RECORD

                        SEP 1 3 2017

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:17-CR-0079-MMD-VPC |
| Plaintiff, | UNITED STATES' MOTION TO SEAL INDICTMENT AND ORDER |
| v. | |
| KENNETH GILBERT GIBSON, | |
| Defendant. | |

The government hereby moves the Court for an order sealing this Motion and Order, and the Indictment returned by the Grand Jury on September 13, 2017. The Order to Seal is requested as disclosure of the Indictment could undermine the ongoing investigation led by the investigators of the Federal Bureau of Investigation as to activity of this defendant.

DATED this 12th day of September, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ Carla Higginbotham
CARLA B. HIGGINBOTHAM
Assistant United States Attorney

1

## ORDER

Based upon the foregoing request, the Court hereby ORDERS that this Motion and Order, and the Indictment shall be filed and kept under seal by the Clerk of the Court until execution of the arrest warrant, except that the employees of the United States Attorney's Office or Federal Bureau of Investigation may obtain copies.

DATED this 13th day of September, 2017.

_____
VALERIE P. COOKE
United States Magistrate Judge

2